# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Bridgette D. Waites <br>        Debtor(s) | |
| | CHAPTER 13 |
| Specialized Loan Servicing LLC as servicer for Government Loan securitization Trust 2011-FV1, U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware trustee and U.S. bank National Association, not individual capacity but solely as Co-Trustee, its successors and/or assigns <br>        Movant <br>    vs. | NO. 19-17148 ELF |
| Bridgette D. Waites <br>        Debtor(s) | |
| William C. Miller Esq. <br>        Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of Specialized Loan Servicing LLC as servicer for Government Loan securitization Trust 2011-FV1, U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware trustee and U.S. bank National Association, not individual capacity but solely as Co-Trustee, which was filed with the Court on or about **January 9. 2020 : Docket #19**.

                Respectfully submitted,

                **/s/ Rebecca A. Solarz, Esquire**
                Rebecca A. Solarz, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                412-430-3594

March 31, 2020