IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
BRIDGETTE D WAITES,
Debtor(s).

CASE NO. 19-17148-ELF
CHAPTER 13

### NOTICE OF TEMPORARY FORBEARANCE

| | |
|---|---|
| Bankruptcy Court Claim #: | 5-1 |
| Effective Date of Forbearance: | 08/01/2020 |
| Number of monthly payments in Forbearance: | 3 |

SPECIALIZED LOAN SERVICING, LLC ("SERVICER") hereby provides notice that due to a recent financial hardship resulting directly or indirectly from the COVID-19 pandemic, the Debtor has requested, and SERVICER has provided a temporary suspension of mortgage payments. This short-term relief would be consistent with the COVID-19 relief available under the Coronavirus Aid, Relief, and Economic Security (CARES) Act.

During this short-term relief, all terms and provisions of the mortgage note and security instrument, other than the payment obligations, will remain in full force and effect unless otherwise adjusted by this court or through a loan modification.

During the forbearance period and up to and including the time when that period ends, SERVICER will work with the Debtor, the Debtor's attorney (if applicable) and the bankruptcy trustee on how to address the suspended payments in the long-term, including obtaining any necessary court consent and approval.

This Notice does not constitute an amendment or modification to the Debtor's plan of reorganization and does not relieve the Debtor of the responsibility to amend or modify the plan of reorganization to reflect the forbearance arrangement, if required.

To the extent that this Forbearance is modified, reduced or extended, the SERVICER will file an additional Notice with the Court.

*/s/ Mukta Suri*
Mukta Suri
14841 Dallas Parkway
Suite 425
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: POCInquiries@BonialPC.com
Authorized Agent for Specialized Loan Servicing, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before September 10, 2020 via electronic notice unless otherwise stated:

**Debtor**           *Via U.S. Mail*
Bridgette D Waites
952 Yeadon Avenue
Yeadon, PA 19050


**Debtors' Attorney**
David B. Spitofsky
Law Office of David B. Spitofsky
516 Swede Street
Norristown, PA  19401

**Chapter 13 Trustee**
WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

**US Trustee**
Office of the U.S.Trustee
833 Chestnut Street, Suite 500
Philadelphia, Pennsylvania  19107

                                                          Respectfully Submitted,

                                                          /s/ Mukta Suri
                                                          Mukta Suri