# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Bridgette D. Waites<br>Debtor(s)<br><br>Specialized Loan Servicing LLC as servicer for Government Loan securitization Trust 2011-FV1, U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware trustee and U.S. bank National Association, not individual capacity but solely as Co-Trustee<br>v.<br>Bridgette D. Waites<br>and<br>William C. Miller Esq.<br>Trustee | Chapter 13<br><br>NO. 19-17148 ELF |

## ORDER

AND NOW, this 9th day of September, 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on   it is ORDERED that:

The automatic stay under 11 U.S.C. Sections 362 and 1301 are modified to allow Specialized Loan Servicing LLC as servicer for Government Loan securitization Trust 2011-FV1, U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware trustee and U.S. bank National Association, not individual capacity but solely as Co-Trustee and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 952 Yeadon Avenue Yeadon, PA 19050.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**