United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17148-elf |
| Bridgette D Waites | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Nov 04, 2020 | Form ID: pdf900 | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bridgette D Waites, 952 Yeadon Avenue, Yeadon, PA 19050-3713 |
| cr | + | SPECIALIZED LOAN SERVICING, LLC, 14841 Dallas Parkway,Suite 425, Dallas, TX 75254-8067 |
| 14421333 | | Aargon Collection Agency, 3025 W. Sahara Avenue, Las Vegas, NV 89102-6094 |
| 14421335 | | Aqua Pennsylvania, 762 W. Lancaster Avenue, Bryn Mawr, PA 19010-3489 |
| 14421330 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14442593 | + | Government Loan securitization Trust 2011-FV1, U,S, C/O KML Law Group, Rebecca A. Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14421337 | | I.C. System, Inc., P.O. Box 64887, Saint Paul, MN 55164-0887 |
| 14421338 | + | Jill Manuel-Coughlin, Esquire, Powers, Kirn, LLC, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 14455224 | + | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 14421340 | + | Specialized Loan Servicing, LLC, 8742 Lucent Boulevard, Suite 300, Highlands Ranch, CO 80129-2386 |
| 14455491 | + | U.S. Bank Trust National Assoc. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14421532 | + | U.S. Bank Trust et seq., c/o Jill Manuel-Coughlin, Esquire, 8 Neshaminy Interplex Drive, Suite 215, Trevose, PA 19053-6980 |
| 14427169 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 05 2020 03:14:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 05 2020 03:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 05 2020 03:14:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14421334 | + | Email/Text: mnapoletano@ars-llc.biz | Nov 05 2020 03:15:00 | Ability Recovery Services, LLC, P.O. Box 4031, Wyoming, PA 18644-0031 |
| 14421336 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 05 2020 02:58:53 | Capital One Bank USA, N.A., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14421332 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Nov 05 2020 03:14:00 | Frederic J. Baker, Esquire, Office of U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| 14430390 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 05 2020 02:58:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14421339 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 05 2020 03:14:00 | PECO Energy Company, N3-2, Accounts Receivable Grp, 2301 Market Street, Philadelphia, PA 19103-1338 |
| 14421341 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Nov 05 2020 03:00:37 | U.S. Dept. of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 14421342 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |

Case 19-17148-elf    Doc 66    Filed 11/06/20    Entered 11/07/20 00:45:16    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 04, 2020 | Form ID: pdf900 | Total Noticed: 23 |

|  | Nov 05 2020 03:13:00 | Verizon, P.O. Box 28002, Lehigh Valley, PA 18002-8002 |
|---|---|---|

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14421331 | *+ | Bridgette D. Waites, 952 Yeadon Avenue, Yeadon, PA 19050-3713 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2020         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID B. SPITOFSKY | on behalf of Debtor Bridgette D Waites spitofskybk@verizon.net  spitofskylaw@verizon.net |
| JILL MANUEL-COUGHLIN | on behalf of Creditor U.S. BANK TRUST ET SEQ bankruptcy@powerskirn.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Government Loan securitization Trust 2011-FV1  U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware trustee and U.S. bank National Association, not individual ca bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 5

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>BRIDGETTE D WAITES | Chapter 13 |
| Debtor | Bankruptcy No. 19-17148-ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: November 4, 2020**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID B. SPITOFSKY ESQUIRE
LAW OFFICES OF DAVID SPITOFSKY
516 SWEDE ST
NORRISTOWN, PA 19401-

Debtor:
BRIDGETTE D WAITES

952 YEADON AVENUE

YEADON, PA 19050-